# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

ANDZELIKA STARZEC

DEBTOR(S),

Case No. 17-33071

Chapter 13

Judge Timothy A. Barnes

## AGREED ORDER RESOLVING OBJECTION TO CONFIRMATION

**IT IS HEREBY ORDERED:**

(1)    That Debtor(s) are due for the 12/1/18 through 2/1/18 post-petition pre-confirmation mortgage payments to Ocwen Loan Servicing, LLC ("Creditor");

(2)    The above-referenced default constitutes a breach of the terms of the plan that is being confirmed via separate order today;

(3)    Creditor expressly does not waive its right to collect the above-referenced payments in a post-confirmation motion for relief from the automatic stay.

DATED: 15 FEB 2018

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

_____
Attorney for Creditor

_____
Attorney for Debtor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (NO. 14-17-16731)**